| Date | Pleading Number | |
|------|------|---|
| 4/29/74 | 1. | MOTION -- w/affidavit in support of motion of plaintiffs Hoffman, National Bank of Commerce  requesting transfer of cases in N.D. California (A-4) and W.D. Washington (A-5) to REQUESTED TRANSFEREE FORUM:  C.D. California REQUESTED TRANSFEREE JUDGE:  Judge Pierson M. Hall |
| 13/74 | | Movant's amended certificate of service. |
| 29/74 | | Pamela Frances Hoffman, et al. v. Betty Petersen, et al., D. Utah, 74-141 |
| | | National Bank of Commerce v. Betty Petersen, et al, D. Utah, 74-142 |
| | | Dick A. Smith v. Pan American World Airways, Inc., C. Cal, CV-74-606 |
| | | Robert Peyton v. The Boeing Co., C. Cal, CV-74-830 |
| | | Laurence B. Green, et al. v. PanAm World Airways, C. Cal, CV-74-957 |
| | | Michael J. Havlick v.PanAm World Airways, C. Cal, CV-74-1125 |
| | | Chong Wong, et ux v. Pan Am. World Airways, C. Cal, CV-74-1220 |
| | | Amperosa, et al. v. Pan Am World Airways, C.Ca., CV-74-1221 |
| | | Tuipala Sale v. Pan Am World Airways, C. Ca., CV-74-1222 |
| | | Valelia Anu'u v. Pan Am World Airways, C. Cal., CV-74-1223 |
| | | Toilolo, et al. v. Pan Am. World Airways, Inc., C. Cal., CV-74-1224 |
| | | Saulo Setali v. Pan Am. World Airways, Inc., C. Cal, CV-74-1225 |
| | | Molly Allen v. Pan Am. World Airways, Inc., et al., C.Cal, CV-74-1226 |
| | | Ankam, et al. v. Pan Am. World Airways, Inc., et al., C. Cal, 74-1227 |
| | | SCO entered today.  Notified counsel, involved judges. |
| 5/29/74 | 2 | BOEING CO. request for extension of time to file response |
| 5/29/74 | 3 | PAN AMERICAN WORLD AIRWAYS, INC. request for extension of time to file response |
| 5/29/74 | | ORDER extending to all parties June 7, 1974 to file and serve response to motion.  Notified counsel. |
| 6/3/74 | | HEARING ORDER - setting A-1 through A-19 for hearing, San Francisco, California, June 28, 1974 |
| 6/7/74 | 4 | BOEING CO. response to motion w/cert of service |
| 6/7/74 | 5 | BOEING CO.  response to motion |
| 6/7/74 | 6. | PLAINTIFFS GILES, SMITH, CANN, PEYTON, CANN, SMITH BONHAN COTTE, COLDICUTT, MATAUTIA, KINDERMAN, GREEN, MUENSTER, GATES, WALKER, DIBLEY, LEWIS, LELELUA response to motion |
| 6/17/74 | 7 | AHKAM, TOILOLO, SALE, AMERPEOSA, WONG , AINU'U, ALLEN SETALI, PLAINTIFFS RESPONSE TO MOTION W?CERT. OF SERVICE. |
| 6/25/74 | | PHILLIPS V. THE BOEING CO., N.CAL, C-74-1228-SW |
| | | GAINS V. THE BOEING CO., N. CA. C-74-1227-RHS |
| | | CANN V. PAN AM., C. CA. CV-74-1345 |
| | | BONHAM V. PAN AM., C. Cal, CV-74-1346 |
| | | COTTE V. THE BOEING CO., C. CA., CV=74-1362 |
| | | KINDERMAN V. PAN AM., C. CA. CV-74-1468 |
| | | HETHERINGTON, ETC. V. PAN AM., C. CA., CV-74-1481 |
| | | MUENSTER V. PAN AM., C. CAL, CV-74-1494 |
| | | MATAUTIA V. PAN AM., C. CA., CV-74-1539 |
| | | SHOW CAUSE ORDER OF MAY 29, 1974 and HEARING ORDER OF JUNE 3, 1974 AMENDED TO INCLUDE ACTIONS.  NOTIFIED COUNSEL, INVOLVED JUDGES.  B-1 through B-9 |
| 6/28/74 | 8. | RESPONSE -- to SCO of plaintiffs Gaines, Phillips & Petersen w/service cet |
| 10-16-74 | | CONSENT OF TRANSFEREE COURT -- CHIEF JUDGE STEPHENS consent for JUDGE HALL TO handle litigation in C.D. California |
| 10-16-74 | | OPINION AND ORDER  transferring six actions to the C.D. CALIFORNIA for coordinated or consolidated pretrial proceedings before Judge Peirson M. Hall pursuant to 28 U.S.C. §1407 |

| Date | Pleading Number | |
|------|------|---|
| 10/22/74 | | PAMELA FRANCES HOFFMAN, ET AL. V. PANAM, N.D.CA., C-74-387-PH |
| | | FLOYD A. DEMANES, ETC. V. PANAM, ND. CA. C-74-1463 |
| | | FLOYD A. DEMANES, ETC. V. PANAM., N.D. CA. C-74-1464-SC |
| | | FLOYD A. DEMANES, ETC. V. PANAM., N.D. CA. C-74-1465 |
| | | PAUL ANDREW GATES, ETC. V. WILLIAM A. HAWLEY, C-74-1959 |
| | | SELWYN N. HETHERINGTON, ETC. V. JACK GREEN, W.D. WASH C-74-500S |
| | | ANDREW PAUL GATES, ETC. V. JACK GREEN, W.D.WASH C-74-558-S |
| | | CTO entered today. Notified counsel, involved judges/ |
| 11/8/74 | | HOFFMAN V. BETTY PETERSEN, D. UTAH C74-141 |
| | | NATIONAL BANK OF COMMERCE V. BETTY PETERSEN, D. Utah, C74-142 |
| | | CHIEF TAGOLA MIKALEAE AHKAM V. BETTY PETERSEN, D. UTAH, C74-174 |
| | | SAULO SETALI V. BETTY B. PETERSEN, D. UTAH C-74-175 |
| | | MOLLY ALLEN V. BETTY PETERSEN, D. UTAH, C74-176 |
| | | VALELIA AINU'U V. BETTY PETERSEN, D. UTAH, C74-177 |
| | | CHIEF TANUVASA SAIFOLOI AMPEROSA, ETC. V. BETTY PETERSEN, D. "Uta C74-179 |
| | | TUIPALA SALE V. BETTY PETERSEN, D. UTAH, C74-180 |
| | | CHIEF TIATIA TOILOLO V. BETTY PETERSEN, D. UTAH, c74-181 |
| | | QUINN V. BETTY PETERSEN, C74-248 D. UTAH |
| | | KILLIPS, ETC. V. BETTY PETERSEN, D. UTAH, C-74-267 |
| | | HETHERINGTON V. BETTY B. PETERSEN, D. UTHA C74-266 |
| | | REDFORD, ETC. V. BETTY PETERSEN, D. UTAH C74-268 |
| | | GATES V. BETTY B. PETERSEN, D. UTAH, C74-295 |
| | | RODE V. BETTY PETERSEN, D. UTAH, C74-301 |
| | | GATES V. HAWLEY, N.D. CAL, C74-1959 |
| | | RODE V. BETTY PETERSEN C74-2013, N.D. CAL |
| | | HETHERINGTON, ETC. V. WILLIAM A. HAWLEY, etc.N.D. CAL, C74-1796 |
| | | ~~RIDE V. JACK GREEN W.D.WASH.C~~ |
| | | RODE V. JACK GREEN, W.D.WASH, C74-566S |
| | | CTO s entered today. Notified service counsel, involved judge |
| 11/13/74 | | HOFFMAN, ET AL. V. PETERSEN, D. UTAH, C-74-141 |
| | | NATIONAL BANK OF COMMERCE, ETC. V. PETERSEN, D. UTAH, C74-142 |
| | | CTOs entered 11/8/74 vacated because they were transferred by O&O |
| /25/25/74 | | HETHERINGTON V. HAWLEY, N.CAL, 74-1796 |
| | | RODE V. HAWLEY, N.D. CAL, 74-2013 |
| | | RODE V. GREEN, W.WASH. C74-566S |
| | | SETALI, D. UTAH, 74-175 |
| | | AHKAM V. PETERSEN, D. UTAH, 74-174 |
| | | ALLEN v. PETERSEN, D. UTAH 74-176 |
| | | AINU'U v. pettersen, D. UTAH, 74-177 |
| | | WONG V. PETERSEN, D. UTAH, 74-178 |
| | | ~~SANFIKIN x RNORRISA xVx x0 PETERSEMxDx~~ |
| | | AMPEROSA V. PETERSON, D. UTAH, 74-179 |
| | | SALE V. PETERSEN, D. UTAH, 74-180 |
| | | TOILOLO V. PETERSEN 74-181, D. UTAH |
| | | QUINN V. PETERSEN, D. UTAH, C74-248 |
| | | HETHERINGTON V. PETERSEN, D. UTAH, C74-266 |
| | | KILLIPS V. PETERSEN, D. UTAH, C74-267 |
| | | REDFORD V. PETERSEN, D. UTAH, C74-268 |
| | | GATES, x0x V. PETERSEN D. UTAH C74-295 |
| | | RODE V. PETERSEN, D. UTAH, 74-301 |
| | | GATES V. HAWLEY, NXDN.D.CALIF. C74-1959 |
| | | CTO final today. Notified transferee clerk, involved judges transferor clerk |

| Date | Pleading Number | |
|------|------|------|
| | | OUT OF ORDER |
| 11/6/74 | | Andrew Paul Gates v. Jack Green, W.D. Wash, C74-558S |
| | | Demanes v. Pan Am, N.D. Calif. C74-1465 |
| | | Gates v. William Hawley, N.Calif., C74-1959-PMH |
| | | Hetherington v. Jack Green, W.Wash, C74-500A |
| | | Demanes v. PanAm, N.D. Calif. C74-1464 |
| | | Demanes, etc. v. PanAm, N.Calif. C74-1463 |
| | | Pamela Frances Hoffman v. Pan Am, N.D. Calif C74-387 |
| | | CTOs final today.  Notified transferee clerk, involved judges |
| 12/12/74 | | DEMANES, ETC. V. PAN. AM. WORLLD AIRWAYS, N.D.CAL., C74-2467-PMH |
| | | CTO entered today.  Notified counsel, involved judges. |
| 12/30/74 | | DEMANES, ETC. V. PAN. AM. WORLD AIRWAYS, N.D.CAL, C74-2467-PMH |
| | | CTO final today.  Notified transferee clerk, involved judges |
| 1/15/75 | | DEMANES, ETC. V. PAN AMERICAN WORLD AIRWAYS, INC., N.D.CAL., C74-2467-PH |
| | | DEMANES, ETC. V. PAN AMERICAN WORLD AIRWAYS, INC., N.D.CAL., C74-2012-PH |
| | | MARINE NATIONAL BANK V. PANAM WORLD AIRWAYS, W.D.PA., 74-0113 |
| | | CTOs filed today.  Notified counsel, involved judges. |
| 1/23/75 | | NOTICE OF OPPOSITION -- pltf. Marine National Bank, W.D. Pa., 74-0113 |
| | | Automatic stay in effect.  Notified counsel |
| | | ~~and involved~~ |
| 1/30/75 | | D-1 & D-2 CTO FINALIZED -- Demanes, etc. v. Pan American World Airways, |
| | | Inc. (N.D. Cla., No. C-74-2012-PMH) |
| | | Demanes, etc. v. Pan American World Airways, |
| | | Inc (N.D. Cal., No. C-74-2467-PMH) |
| | | Notified involved judges and clerks. |
| 2/6/75 | | Demanes, etc. v. Jeppesen & Co., N.D. Cal. C74-2724-PMH |
| | | Demanes v. Consolidated Chemicals Ltd., et al., N.D. Cal, C74-2726-PMH |
| | | Roger Cann, et al. v. Marlene Bregman,etc., N.T. Cal., C75-0052-PMH |
| | | The Travelers Inc. Co. v. The Boeing Co., N.D. Cal., C-75-0087 |
| | | Demanes, etc. v. PanAm., N.D. Calif., C-75-0128-PMH |
| | | Alan Charles Hill, etc. v. William A. Hawley, etc., N.D. Cal,C-75-0153- |
| | | A. Charles Hill, etc. v. Jack Green, etc., W.D. Wash, C75-36S |
| | | Thomas E. Riley, Et al. v. The Boeing Co., S.D. Cal, C-75-0053-E |
| | | Demanes, etc. v. Betty Petersen, D. Utah, C75-1 |
| | | Demanes, etc. v. Betty Petersen, C75-2 , D. Utah |
| | | Mary Ann Petersen, etc. v. U.S.A. C75-24 , D. Utah |
| | | Saulo Setali, etc. v. Betty Petersen, etc., D. Utah, C75-41 |
| | | ~~XXXXXCXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX[~~ |
| | | ~~XXXXXXX~~ |
| | | Alan Charles Hill, etc. v. Betty B. Betersen, etc., D. Utah, C75-26 |
| | | Floyd A. Demanes, etc. v. Betty Petersen, etc., D. Utah, C75-35 |
| | | Robert O. Blaesi, etc. v. Betty Petersen, etc. D. Utah, C75-34 |
| | | Aimasi Leleua, etc. v. Betty Petersen, etc, D. Utah, C75-43 |
| | | Falaniko Savelio Liu Kui, etc. v. Betty Petersen, etc., D.Utah, C75-44 |
| | | Barbara Smith, etc. v. Betty Petersen, etc., D. Utah, C75-47 |
| | | Masoe Joseph N. Fidow, etc. v. Betty Petersen, etc., D. Utah, C75-48 |
| | | CTOS (14) filed today.  Notified counsel, involved judges. |
| 2/21/75 | | Charles H. Culberson, etc. v. Marlene Bregman, Admr., N.D. Ca., 75-0115 |
| | | Cosby, Jr. v. Pan Am., S.D. Fla, 74-326 |
| | | CTOs filed today.  Notified counsel, involved judges. |
| 2/21/75 | 9 | MOTION TO VACATE AND STIPULATION -- Plaintiff Marine National Bank |
| 2/27/75 | 9a | BRIEF IN SUPPORT OF MOTION -- Plaintiff Marine National Bank |

| Date | Pleading Number | |
|------|------|------|
| | | |
| 2/24/75 | | CTOs effective today (19) notified transferee clerk, transferor clerk and involved judges D-4 through D-22 |
| | | N.D. California |
| | | Demanes, etc. v. Jeppensen & Co., C74-2724PMH ; Demanes v. PanAm, C75-0218 |
| | | Demanes v. Consolidated Chemicals C74-2726PMH |
| | | Cann, et al. v. Marlene Bregman, etc. C75-0052PMH |
| | | Travelers Ins. Co. v. Boeing Co., C75-0087PMH |
| | | Alan Charles Hill, etc. v. William A. Hawley, C75-0153 |
| | | W.D. WASH. |
| | | Alan Charles Hill v. Jack Green, C75-36S |
| | | S.D. California |
| | | Thomas E. Riley, v. The Boeing Co., 75-0053-E |
| | | D. Utah. |
| | | Demanes, etc. v. Betty Petersen, C75-1 |
| | | Demanes, etc. v. Betty Petersen C75-2 |
| | | Petersen, etc. v. The USA, C75-24 |
| | | Saulo Setali, etc. v. Betty Petersen, C75-41 |
| | | Alan Charles Hill, etc. v. Petersen, C75-26 |
| | | Demanes, etc. v. Betty Petersen, C75-35 |
| | | Blaesi, etc. v. Betty Petersen, C75-34 |
| | | Aimasi Leleua v. Betty Petersen, C75-43 |
| | | Falaniko Savelio Liu Kui v. Betty Petersen, C75-44 |
| | | Barbara Smith, v. Betty Petersen, C75-47 |
| | | Masoe Joseph N. Fidow v. Betty Petersen, etc. C75-48 |
| | | XXXXXXXXXX |
| 3/5/75 | | Marine National Bank, etc. v. PANAM, W.D.Pa, 74-0113-Erie |
| | | HEARING ORDER -- Dallas Texas, March 21, 1975 |
| | | Notified counsel, involved judges. |
| 3/7/75 | | Charles E. Cosby, Jr., etc. v. PanAm., S.D.Fla, 74-326-Civ-NCR |
| | | Charles H. Culberson, etc. v. Marlene Bregman, N.D. Cal, C75-0115-PMH |
| | | CTO final today. Notified clerk, involved judges |
| 3/26/75 | | L.J. COMPTON, ETC. V. PANAM, N.D.ILL, 74C3535 |
| | | SANDRA D. ROTH V. PANAM., N.D.ILL, 75C546 |
| | | SANDRA D. ROTH V. PANAM., ND.D. ILL, 75C547 |
| | | CTO filed today. Notified counsel, involved judges. |
| 4/10/75 | | L.J. COMPTON, ETC. V. PANAM., N.D.ILL 74C3535 |
| | | ROTH V. PANAM, N.D.ILL 75C546 |
| | | ROTH V. PANAM, N.D. ILL, 75C547 |
| | | CTO final today. Notified clerks, involved judges. |
| 4/17/75 | | ORTON V. BETTY PETERSEN, D. UTAH C75 42 |
| | | CTO filed today. Notified counsel, involved judges. |
| 5/2/75 | | MARINE NATIONAL BANK, ETC. V. PAN AMERICAN WORLD AIRWAYS, INC. |
| | | W.D.PA., 74-0113-ERIE-- OPINION AND ORDER DENYING TRANSFER OF |
| | | ACTION -- CONDITIONAL TRANSFER ORDER VACATED. |
| 5/2/75 | | ORTON V. PETERSEN, D. UTAH C75-42 |
| | | CTO FINAL TODAY. NOTIFIED XXXXXXXXXXXXXXXXX INVOLVED CLERKS, JUDGES |
| 6/10/75 | | DEMANES V. WM. A. HAWLEY, ET AL., N.D.CA., 75-769 |
| | | DEMANES V. U.S.A., N.D.CA., 75-0821 |
| | | TRAVELERS INS. CO. V. THE BOEING CO., D. HAWAII, 75-0117 |
| | | CTOs filed today., Notified counsel, involved judges |
| 6/23/75 | | XXXXXXXXXX XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX |
| 6/23/75 | | RAYMOND R. OLSON V. BOEING CO., N.D.ILL, C.A.NO. 75C753 |
| | | CTO filed today. Notified counsel, involved judge |
| 6/23/75 | | JAMES J. UNISE, ETC. V. PANAM, D. MINN, C.A. No. 4-74-414 |
| | | SHOW CAUSE ORDER FILED TODAY. NOTFIED COUNSEL, INVOLVED JUDGES. |

| Date | Pleading Number | |
|------|------|------|
| 6/26/75 | | Demanes v. Hawley, N.D. Cal. 75-769 |
| | | Demanes v. U.S.A., N.D.Cal, 75-0821 |
| | | Travelers Ins. Co. v. Te Boeing Co., D. Hawaii, 75-0117 |
| | | CTO final today. Notified clerks, involved judges |
| 7/3/75 | | James J. Unise, etc. v. PanAm., D. Minn, 4-74-414 |
| | | HEARING ORDER, July 25, 1975, Minneapolis, Minnesota |
| 7/7/75 | | Demanes, et al. v. Myrlyn Gaines, et al., N.D. Cal, C75-1087-PMH |
| | | Demanes, et al. v. Myrlyn Ganes, et al., N.D. Calif. C75-1088 |
| | | Smith v. U.S. A., D. Arizona, Civ 75-378-PHX |
| 7/8/75 | | RAYMOND R. OLSON, ETC. V. THE BOEING CO., ET AL., ND.ILL, 75C753 |
| | | CTO final today. Notified clerks, involved judges |
| 7/22/75 | | Dick A. Smith v. U.S.A., D. Arz, 75-3780Phx |
| | | Demanes v. Myrlyn Gaines, N.D.Cal, C75-1087-PMH |
| - | | Demanes v. Myrlyn Gaines, C75-1088 |
| | | CTO final today. Notified clerks, involved judges. |
| 7/23/75 | | REQUEST FOR EXTENSION TO FILE RESPONSE TO SCO -- James J. Unise |
| | | ORDER -- Granting extension to 8/23/75 and Vacating Hearing set |
| | | for Unise action on 7/27/75 |
| 8/7/75 | | ORDER -- VACATING SCO FILED IN UNISE ACTION. Notified involved counsel |
| | | Liaison counsel, involved judgews |
| 8/7/75 | | STIPULATION -- Unise and Pan American filed in the D. Minnesota |
| | | Certified copy |
| 8/19/75 | | SANDRA D. ROTH V. U.S.A., N.D. OHIO., C75-507 |
| | | CTO filed today. Notified counsel, involved judges. |
| 9/4/75 | | SANDRA D. ROTH V. U.S.A., N.D. OHIO C75-507 |
| | | CTO FINAL TODAY. NOTIFIED TRANSFEREE CLERK, INVOLVED JUDGES |
| 9/12/75 | | CHARLES H. CULBERSON V. U.S.A.ND FLORIDA 75-135 |
| | | CTO filed today. notified counsel, involved Judges |
| 9/25/75 | | FLOYD A. DEMANES, ETC. V. J.MARKHAM MARSHALL, ETC. W.D. WASHINGTON |
| | | C75-671 CTO filed today. Notified counsel and involved Judges |
| 9/29/75 | | CHARLES H. CULBERSON V. U.S.A. N.D. FLORIDA 75-135 |
| | | CTO final today. Notified clerks, involved judges |
| 10/2/75 | | ROY Y. KAWAMOTO, ETC. V. THE BOEING CO., D. HAWAII 75-325 |
| | | KATSURO MIHO, ETC. V. THE BOEING CO., D. HAWAII 75-326 |
| | | CTO FILED today. Notified counsel, involved judges |
| 10/9/75 | | ROGER CANN, HEATHER CANN, ET AL. V. UNITED STATES OF AMERICA |
| | | D. Hawaii 75-0217 CTO filed today. Notified counsel and involved judges |
| 10/9/75 | | FLOYD A. DEMANES, ETC. V. J. MARKHAM MARSHALL, ETC. E.D. WASHINGTON |
| | | C75-671 CTO final today. notified clerks, involved judges |
| 10/20/75 | | KATSURO MIHO, ETC. V. THE BOEING CO., D. HAWAII, 75-326 |
| | | ROY Y. KAWAMOTO, ETC. V. THE BOEING CO., D. HAWAII, 75-325 |
| | | CTO final today. Notified clerks, involved judges |
| 10/24/75 | | ROGER CANN, HEATHER CANN. ET AL. V. UNITED STATES OF AMERICA D. Hawaii |
| | | 75-0217 CTO final today. Notified clerks nvolved judges |
| 11/26/75 | | KATSURO MIHO V. U.S.A., D. HAWAII, CIV 75-0358 |
| | | CTO filed today. Notified counsel, involved judges |
| 12/11/75 | | KATSURO MIHO, V. U.S.A. D. HAWAII CIV 75-0358 |
| | | CTO final today. Notified Clerks, involved judges |
| 1/27/76 | | BLAESI, ETC. V. U.S.A., D. D.C. 75-2127 |
| | | BLAESI, ETC. V. U.S.A., D. HAWAII, 75-418 |
| | | KAWAMOTO, ETC. V. U.S.A., D. HAWAII, 75-426 |
| | | CTOs filed today. Notified counsel, involved judges |
| 2/5/76 | | DAVID L. PHILLIPS, ETC. V. U.S.A., D. MASS, C.A. NO. 75-2344-G |
| | | CTO filed today. Notified counsel, involved judges |

| Date | Pleading Number | |
|------|------|------|
| 2/9/76 | | ROY Y. KAWAMOTO V. U.S.A., D. HAWAII, 75-426 |
| | | ROBERT O. BLAESI, ETC. V. U.S.A., D. D.C., 75-2127 |
| | | ROBERT O. BLAESI, ETC. V. U.S.A., D. HAWAII, 75-418 |
| | | CONDITIONAL TRANSFER ORDERS final today. Notified transferee clerk involved clerks and judges. |
| 2/23/76 | | PHILLIPS V. U.S.A., D. MASS, 75-2344-G |
| | | CONDITIONAL TRANSFER ORDER FINAL TODAY -- Notified transferee Clerk, transferor Clerk, involved judges |
| 3/25/76 | | GAYNELL REYNO, ETC. V. J. MARKHAM MARSHALL, ETC. W.D. WASHINGTON CIVIL ACTION NO: C76-207H |
| | | CTO filed today sent to counsel and judges involvd |
| 4/9/76 | | GAYNELL REYNO etc. v. J. Markham Marshall, etc. W.D. Wash. C76-207H |
| | | CTO final today. Notified involved clerks and judges |
| 5/10/76 | | (D-50) GAYNELL REYNO, ETC. V. BETTY B. PETERSEN, ETC. D. UTAH C76-92 |
| | | CTO filed today. Notified counsel, involved judges |
| 5/24/76 | | GAYNELL REYNO ETC. V. BETTY B. PETERSEN, ETC. D. UTAH C76-92 |
| | | CTO final today. notified involved clerks and judges |
| 6/8/76 | | (D-51) KATSURO MIHO, ETC. V. PAN AM., D. HAWAII, 76-0020 |
| | | SHOW CAUSE ORDER FILED TODAY. NOTIFIED COUNSEL, INVOLVED JUDGES |
| 6/8/76 | | (D-52) ROY Y. KAWAMOTO, V. PAN AN., D. HAWAII, 76-0021 |
| | | CTO filed today. Notified counsel involved, and involved judges |
| 6/21/76 | 10 | RESPONSE -- to OSC (D-51) Katsuro Miho v. Pan American World Airways D.Hawaii, 76-0020 -- Plaintiff KATSURO MIHO w/cert. of service |
| 6/25/76 | | ROY Y. KAWAMOTO, ETC. V. PANAM WORLD AIRWAYS, INC., D. HAWAII, 76-0021 |
| | | (D-52) CTO final today. Notified clerks, involved judges |
| 6/28/76 | 11 | (D-51) PAN AMERICAN WORL AIRWAYS, INC. response to SCO (Katsuro Miho) w/exhibit A and cert. of service |
| 7/2/76 | | HEARING ORDER -- Setting D-51 for hearing, Katsuro Miho v. PanAm, D. Hawaii, 76-0020, July 23, 1976, Chicago, Illinois |
| 7/30/76 | | (D-53) -- SYLVIA COMPTON, ETC. V. USA E.D. OKLAHOMA 76-160-C |
| | | CTO entered today. Notified involved judges and counsel |
| 8/16/76 | | (D-53) SYLVIA COMPTON, ETC. V. U.S.A., E.D.OKLAHOMA 76-160-C |
| | | CTO FINAL TODAY. Notified clerks, involved judges |
| 8/30/76 | 12 | (D-51) MIHO V. PANAM., D. HAWAII, 76-0020 -- PAN AMERICAN WORLD AIRWAYS -- SUPPLEMENTAL REPLY w/cert. of service |
| 9/10/76 | | (D-54) GAYNELL REYNO, ETC. V. MYRLYN GAINES, ETC. N.D.CAL, C76-1428-CBR |
| | | (D-55) GAYNELL REYNO, ETC. V. WILLIAM A. HAWLEY, ETC., N.D.CAL C76-1439 |
| | | CTOs filed today. Notified counsel, involved judges |
| 9/27/76 | | (D-54) Gaynell Reyno, etc. v. Marylyn Gaines, Etc., N.D.Cal, C76-1240-CBR |
| | | (D-55) Gaynell Reyno, etc. v. William A. Hawley, etc., N.D.Ca., C76-1439 |
| | | CTOs final today. Notified clerks, involved judges. |
| 11/9/76 | | ORDER -- Reassigning litigation to Judge William Matthew Byrne, Jr. Under 28 U.S.C. §1407. Notified clerk, involved judges involved counsel |
| 1/12/77 | | OPINION AND ORDER -- transferring - Katsuro Miho, et al. v. Pan American World Airways, Inc., D. Hawaii, C.A. No. 76-0020, to the C. D. California. |

| Date | Pleading Number | |
|---|---|---|
| 3/22/77 | | D-56 - Ainu'u v. U.S.A., D. Hawaii, C.A.# 77-0070 |
| | | D-57 Smith, etc. v. U.S.A., D. Hawaii, C.A.#77-0071 |
| | | D-58 Savelio Liu Kui, etc. v. THE U.S.A, D. Hawaii, C.A.# 77-0072 |
| | | D-59 Orton, etc. v. USA, D. Hawaii, C.A.# 77-0073 |
| | | D-60 Setali, et al. v. USA, D. Hawaii, C.A.# 77-0074 |
| | | CONDITIONAL TRANSFER ORDER FILED TODAY, NOTIFIED COUNSEL AND INVOLVED JUDGES. |
| 4/7/77 | | D-56 Ainu'u v. U.S.A., D. Hawaii, CA# 77-0070 |
| | | D-57 Smith, etc. v. U.S.A, D. Hawaii, CA# 77-0071 |
| | | D-58 Savelio Liu Kui, etc., v. U.S.A., D. Hawaii, CA# 77-0072 |
| | | D-59 Orton, etc. v. U.S.A, D. Hawaii, CA# 77-0073 |
| | | D-60 Setali, et al. v. U.S.A., D. Hawaii, CA# 77-0074 |
| | | CONDITIONAL TRANSFER ORDER FINAL TODAY. NOTIFIED INVOLVED CLERKS AND JUDGES. |
| 4/11/77 | | D-61 Chong Wong and Taua Chong Wong v. The United States of America D. Hawaii, Civil Action No. 77-0088 |
| | | CONDITIONAL TRANSFER ORDER FILED TODAY. NOTIFIED INVOLVED COUNSEL & JUDGES. |
| 4/28/77 | | D-61 Chong Wong and Taua Chong Wong v. The United States of America D. Hawaii. Civil Action No. 77-0088 |
| | | CTO Final today, Notified involved clerks and judges. |

Case MDL No. 176   Document 1   Filed 05/01/15   Page 8 of 24

JPML FORM 1A

DOCKET ENTRIES'

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. <u>176</u> -- <u>IN RE AIR CRASH DISASTER AT PAGO PAGO, AMERICAN SAMOA,</u>
<u>ON JANUARY 30, 1974</u>

| Date | Ref. | Pleading Description |
|------|------|---------------------|
| 7/2/79 | | SUGGESTION OF REMAND -- Judge Byrne -- (D-51) (emh) |
| 7/2/79 | | CONDITIONAL REMAND ORDER FILED TODAY -- (D-51) Katsuro Miho, Adm. (Kiniko Seki) v. Pan Americ. World Airways, Inc., C.D. Calif., C.A. No. CV77-434-WMB, (D. Hawaii, 76-0020) NOTIFIED COUNSEL AND JUDGE   (emh) |
| 7/18/79 | | CONDITIONAL REMAND ORDER FINAL TODAY. D-51 Miho, etc. v. Pan American World Airways, Inc.,C.D.Cal.,C.A.No.CV77-434-WMB, (D.Haw.,C.A.No.76-0020). Notified involved clerks and judge. (ea) |

*O+O*
*O+O 5/2/75 394 F Supp 799 (1975)*     *Litigation*
*424 F Supp 1055*     *Closed*
*1/30/81*

DOCKET NO. 176 -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

Description of Litigation

## IN RE AIR CRASH DISASTER AT PAGO PAGO, AMERICAN SAMOA, ON JANUARY 30, 1974

### Summary of Panel Action

Date(s) of Hearing(s) **6/28/74**

Date(s) of Opinion(s) or Order(s) **10/16/74**

Consolidation Ordered   ✓     Name of Transferee Judge ~~Reuven M. Habel~~ · WILLIAM MATTHEW

Consolidation Denied   _____     Transferee District   **C. D. Calif.**     BYRNE, JR.

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | Pamela Frances Hoffman, et al. v. Pan American World Airways, Inc., et al. (*) | C.D.Cal. Hall | CV-74-676-PMH | | | 3/30/79 | Pltfs. Mot. 4/29/74 |
| A-2 | National Bank of Commerce, etc. v. Pan American World Airways, Inc., et al. (*) | C.D.Cal. Hall | CV-74-677-PMH | | | 8/1/78 | " |
| A-3 | Cathy Ann Giles, etc. v. Pan American World Airways, Inc., et al. (*) | C.D.Cal. Hall | CV-74-424-PMH | | | 9/30/80 | " |
| A-4 | Vuna Pahulu, et al. v. Pan American World Airways, Inc., et al. | N.D.Cal. Weigel | C74-555-SAW | 10/10/74 | CV-74-2997 PH | 9/30/80 | " |
| A-5 | National Bank of Commerce v. Pan American World Airways, Inc., et al. | W.D.Wash. Lindberg | C74-166S | 10/16/74 | CV-74-3000 PH | 8-17-78 | " |
| A-6 | Pamela Frances Hoffman, et al. v. Betty Petersen, et al. | D. Utah Ritter | C-74-141 | 10/16/74 | CV-74-3001 PH | 8/1/78 | SCO 5/29/74 |
| A-7 | National Bank of Commerce, etc. v. Betty Peteresen, et al. | D. Utah Ritter | C-74-142 | 10/16/74 | CV-74-3002 PH | 6/2/79 | SCO 5/29/74 |

(*) Consolidated in the C.D. Calif. per Judge Hall's Orders of August 23, 1974

DOCKET NO. 176   (CONTINUED)                    PAGE   2

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A- 8 | Dick A. Smith v. Pan American World Airways, Inc., et al.   (*) | C.D.Cal PH | CV-74-606-PH | | | 9/30/80 | SCO 5/29/74 |
| A- 9 | Robert Peyton v. The Boeing Co.   (*) | C.D.Cal | CV-74-830-PH | | | 9/30/80 | " |
| A- 10 | Laurence B. Green, et al. v. Pan American World Airways, Inc., et al.   (*) | C.D.Cal | CV-74-957-PH | | | 9/30/80 | " |
| A- 11 | Michael Joseph Havlick, et al. v. Pan American World Airways, et al.   (*) | C.D.Cal | CV-74-1125-PH | | | 9/30/80 | " |
| A- 12 | Chong Wong et ux v. Pan American World Airways, et al.   (*) | C.D.Cal | CV-74-1220-PH | | | 4/5/79 | " |
| A- 13 | Chief Tanuvasa Saifolio Amperosa et al. v. Pan American World Airways, et al.   (*) | C.D.Cal | CV-74-1221-PH | | | 8/17/78 | " |
| A- 14 | Tuipala Sale et ux v. Pan American World Airways, Inc., et al.   (*) | C.D.Cal | CV-74-1222-PH | | | 8-17-78 | " |
| A- 15 | Valelia Anu'u v. Pan American World Airways, Inc., et al   (*) | C.D.Cal | CV-74-1223-PH | | | 4/5/79 | " |
| A- 16 | Chief Tiatia Toilolo et al. v. Pan American World Airways, Inc. et al.   (*) | C.D.Cal | CV-74-1224-PH | | | 8-17-78 | " |
| A- 17 | Saulo Setali v. Pan American World Airways, Inc., et al.   (*) | C.D.Cal | CV-74-1225-PH | | | 4/5/79 | " |
| A- 18 | Molly Allen v. Pan American World Airways, Inc., et al.   (*) | C.D. Cal | CV-74-1226-PH | | | 8-17-78 | " |
| A- 19 | Chief Tagaloa Mikaleae Ahkam et al. v. Pan American World Airways, Inc., et al.   (*) | C.D. Cal | CV-74-1227-PH | | | 8-17-78 | " |

④

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| B-1 | Dean Arthur Phillips, et al. v. The Boeing Co. | N.D.Cal | C-74-1228-SW | 10/16/74 | 74 CV 2898 PH 9/30/80 | | amend SCO and HO 6/25/74 |
| B-2 | Richard V. Gaines II, et al. v. The Boeing Co. | N.D.Cal | C-74-1227-RHS | 10/16/74 | 74 CV 2899 PH 9/30/80 | | " |
| B-3 | Roger Cann, etc. v. Pan American World Airways, Inc., et al. (*) | C.D.Cal | CV-74-1345-PH | | | 9/30/80 | " |
| B-4 | Janet P. Bonham, et al. v. Pan American World Airways, Inc., et al. (*) | C.D.Cal | CV-74-1346-PH | | | dismissed | " |
| B-5 | Yvette Cotte, et al. v. The Boeing Co., (*) | C.D.Cal | CV-74-1362-PH | | | 7/11/80 D | " |
| B-6 | Robert H. Kinderman, Jr., et al. v. Pan American World Airways, Inc., et al. (*) | C.D.Cal | CV-74-1468-PH | | | 7/31/80 D | |
| B-7 | Selwyn N. Hetherington, etc. v. Pan American World Airways, Inc., et al. (*) | C.D.Cal | CV-74-1481-PH | | | dismissed | |
| B-8 | Hermann Muenster, et al. v. Pan American World Airways, Inc. et al. (*) | C.D.Cal | CV-74-1494-PH | | | 9/30/80 | " |
| B-9 | Anitele'a Matautia, et al. v. Pan American World Airways, Inc. et al. (*) | C.D.Cal | CV-74-1539-PH | | | 5/14/79 | " |
| C-1 | Pamela Frances Hoffman, et al. v. Pan American World Airway, Inc,, et al. 10/22/74 | N.D.Cal | C-74-0387-PMH | 11/6/74 | CV-74-3333 PH | 3/30/79 | |
| C-2 | Floyd A. Demanes, etc. v. Pan American World Airways, Inc. et al. (Jennifer Redford) 10/22/74 | N.D. Cal | C-74-1463-PMH | 11/6/74 | CV-74-3334 PH | 9/30/80 D on appeal | |
| C-3 | Floyd A. Demanes, etc. v. Pan American World Airways, Inc. et al. (David Rodney Killips) 10/22/74 | N.D. Cal | C-74-1464-SC | 11/6/74 | CV-74-3335 PH | 9/11/80 D on appeal | |

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| XYZ-1 | Kathleen Joy Walker v. Pan American Airways, Inc.  (*) | C.D.Cal | CV74-1645-PH | | | 9/30/80 | |
| XYZ-2 | Andrew Paul Gates, et al v. Pan American Airways, et al. | C.D.Cal | CV74-2148-PH | | | 8-17-78 | |
| XYZ-3 | William Patrick Quinn, etc. v. Pan American World Airways, Inc., et al. | C.D.Cal | CV74-2163-PH | | | | |
| XYZ-4 | John Dibley, et al. v. Pan American World Airways, Inc., et al. | C.D.Cal | CV-74-2535-PH | | | 2/30/80 | |
| XYZ-5 | Peter Lewis, etc. v. Pan American World Airways, Inc., et al. | C.D.Cal | CV74-2640-PH | | | dismissed | |
| XYZ-6 | Ida Phillips, etc. v. Pan American World Airways, Inc. | C.D.Cal | CV74-2744-PH | | | 10/24/74 | |
| XYZ-7 | Carolyn B. Rode v. PanAm World Airways | C.D.Cal | CV-74-2841-PH | | | 9/30/80 | |
| XYZ-8 | Alan C. Hill, etc. v. PanAm World Airways | C.D.Cal | CV-74-2840-pH | | | 5/14/79 | |
| XYZ-9 | Billie S. Evans v. PaAm World Airways | C.D.Calif | CV-74-2915-PH | | | 9/30/80 | |
| C-4 | Floyd A. Demanes, etc. v. Pan American World Airways, Inc., et al (Blair D. Redford) 10/24/74 | N.D.Cal | C-1465-PMH | 11/6/74 | CV-74-3336-PHC dismissed | | |
| C-5 | Andrew Paul Gates v. William A. Hawley 10/30/74 | N.D.Cal | C-74-1695-PMH | 11/6/74 | dismissed see C-27 CV-74-3337 | 8-17-78 | |
| C-6 | Selwyn N. Hetherington, etc. v. Jack Green 10/30/74 | W.D.Wash | C74-500S-PMH | 11/6/72 | CV-74-3338 | 8-17-78 | |
| C-7 | Andrew Paul Gates, et al. v. Jack Green 10/30/74 | W.D.Wash | C74-558S-PMH | 10/6/74 | CV-74-3339 | 8-17-78 | |
| C-8 | Selwyn N. Hetherington, etc. v. William A. Hawley, etc. 11/8/74 | N.D.Cal | C74-1796 PMH | 11/23/74 | CV-74-3738 | 8-17-78 | |
| C-9 | Carolyn B. Rode, etc. v. William A. Hawley, etc. 11/8/74 | N.D.Cal | C-74-2013 PMH | 11/23/74 | CV-74-3739 | 8-17-78 | |
| C-10 | Carolyn B. Rode v. Jack Green, 11/8/74 | W.D.Wash | C74-566S | 11/23/74 | CV-74-3740 | 8-17-78 | |

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| C-11 | Pamela Frances Hoffman, et al. v. Betty Peterson, etc. *transferred see 241* | D. Utah Ritter | 74-241 | | *A-6* | | |
| C-12 | National Bank of Commerce (Elton Bennett) v. Betty Petersen, etc. *dismissed 11/8/74* | D. Utah Ritter | C74-142 | *A-7* | | | |
| C-13 | Chief Tagola Tagola Mikaleae Ahkam v. Betty B. Petersen, etc. 11/8/74 | D. Utah Ritter | C74-174 | 11/25/74 | CV-74-3705-PH | 8-17-78 | |
| C-14 | Saulo Setali v. Betty B. Petersen, etc. 11/8/74 | D. Utah Ritter | C74-175 | 11/25/74 | CV-74-3706 PH | 9/12/78 | |
| C-15 | Molly Allen v. Betty B. Petersen, etc. 11/8/74 | D. Utah Ritter | C74-176 | 11/25/74 | CV-74-3707 PH | 8-17-78 | |
| C-16 | Valelia Ainu'u v. Betty B. Petersen 11/8/74 | D. Utah Ritter | C74-177 | 11/25/74 | CV-74-3708 PH | 9/12/78 | |
| C-17 | Chong Wong, et al. v. Betty B. Petersen, etc. 11/8/74 | D. Utah Ritter | C74-178 | 11/25/74 | CV-74-3709 PH | 9/12/78 | |
| C-18 | Chief Tanuvasa Saifoloi Amperosa, etc. v. Betty B. Petersen 11/8/74 | D. Utah Ritter | C-74-179 | 11/25/74 | CV-74-3710 PH | 8-17-78 | |
| C-19 | Tuipala Sale, et al. v. Betty B. Petersen, etc. 11/8/74 | D. Utah Ritter | C74-180 | 11/25/74 | CV-74-3711-PH | 9/12/78 | |
| C-20 | Chief Tiatia Toilolo, et al. v. Betty B. Petersen, etc. 11/8/74 | D. Utah Ritter | C74-181 | 11/25/74 | CV-74-3730 PH | 9/12/78 | |
| C-21 | William Patrick Quinn v. Betty Petersen, etc. 11/8/74 | D. Utah Ritter | C74-248 | 11/25/74 | CV-74-3731-PH | 9/12/78 | |
| C-22 | Selwyn N. Hetherington, etc. (exe for estates of Coldicutt, Bonham, Giles, Matautia, Green, Durnham, Kinderman, Muenster, Myers, Smith and Cann) v. Betty B. Petersen 11/8/74 | D. Utah Ritter | C74-266 | 11/25/74 | CV-74-3732-PH | 1/20/8 D | |
| C-23 | Elmer B. Killips, etc. v. Betty Petersen, etc. 11/8/74 | D. Utah Ritter | C74-267 | 11/25/74 | CV-74-3733 PH | 9/3/75 | |

DOCKET NO. 176 (CONTINUED)                                    PAGE 6

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| C-24 | David L. REdford, etc. v. Betty Petersen, etc. 11/8/74 | D. Utah | C74-268 | 11/25/74 | CV 74-3734-PH | 9/30/80 | |
| C-25 | Andrew Paul Gates, et al. v. Betty B. Petersen, etc. 11/8/74 | D. Utah Anderson | C74-295 | 11/25/74 | CV 74-3735-PH | 1/27/81(D) | |
| C-26 | Carolyn B. Rode, et al. v. Betty B. Petersen, etc. 11/8/74 | D. Utah Anderson | C74-301 | 11/25/77 | CV-74-3736 PH | 1/30/81(D) | |
| C-27 | Andrew Paul Gates v. William A. Hawley 11/8/74 | N.D.Cal | C74-1959-PMH | 11/25/74 | CV-3337-PH | 8/17/78  1/30/81(D) | |
| C-28 | Floyd A. Demanes (Neil M. Brice) v. Pan American World Airways 12/12/74 | N.D.Cal | C74-2467-PMH | 12/30/74 | CV75-124-PH | 9/30/80 on appeal | |
| XYZ-10 | Josephine Eliza Maria Van Boxtel v. Pan American World Airways | C.D.Cal | CV74-3370-PH | | | 9/30/80 | |
| XYZ-11 | Pan American World Airways, Inc. v. The United States of America | C.D.Cal | CV76-0317-PH | | | 9/30/80 | |
| XYZ-12 | Gaynell Reyno etc v. Pan American Airways, et al. | C.D.Cal | CV76-339-ph | | | 9/30/80 | |
| XYZ-13 | Pan American World Airways, Inc. v. U.S.A. | C.D.Cal | CV76-0317-PH | | | 9/30/80 | |
| XYZ-14 | Gaynell Reyno v. U.S.A. | C.D.Cal | CV76-908-PH | | | | |
| XYZ-15 | Sandra J. MIles, etc. v. U.S A., et al. | C.D.Cal | CV 75-1534-PH | | | 7/30/80 | |

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| D-1 | Floyd A. Demanes, etc. (Aynsley Stuart Forbes) v. Pan American World Airways, Inc., et al. 1/15/75 | N.D.Calif. | C-74-2012-PMH | 1/30/75 | CV 75-399 | 3/20/79 | |
| D-2 | Floyd A. Demanes, etc. (Neil M. Brice) v. Pan American World Airways, et al. 1/15/75 | N.D. Cal | C-74-2467-PMH | 1/30/75 | CV 75-400 | 2/18/75 | |
| D-3 | Marine National Bank, etc. v. Pan American World Airways, Inc., et al. DENIED 1/15/75 | N.D. Pa | 74-0113 Erie (Teitelbaum) | | | | |
| D-4 | Floyd A. Demanes (Imogene Fay Brewster) v. Jeppesen & Co. 2/6/75 | N.D.Cal | C-74-2724 | 2-21-75 | CV-75-802 | 6/3/75 | |
| D-5 | Floyd A. Demanes (Imogene Fay Brewster) v. Consolidated Chemicals, Ltd. and Meadows Airfreight, Ltd. 2/6/75 | N.D. Cal | C-74-2726 | | CV-75-803 | 4/21/78 | |
| D-6 | Roger Cann, et al. (Addison Coldicutt) v. Marlene Bergman etc. 2/6/75 | N.D.Cal. | C-75-0052 | | CV-75-798 | 8-17-78 | |
| D-7 | Floyd A. Demanes, etc. v. Betty Petersen, etc. (Brice) 2/6/75 | UTAH | C-75-1 | | CV-75-814 | 8/10/78 | |
| D-8 | Floyd A. Demanes, etc (Forbes) v. Betty Petersen, etc. 2/6/75 | D. Utah | C-75-2 | | CV-75-815 | 8/10/78 | |
| D-9 | Mary Ann Petersen, etc. v. United States of America 2/6/75 | D. Utah | C-75-24 | | CV-75-816 | 9/30/80 | |
| D-10 | Alan Charles Hill, et al. v. Betty B. Petersen 2/6/75 | D. Utah | C-75-26 | | CV-75-818 | 8-17-78 | |

DOCKET NO. 176 (CONTINUED)

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| D-11 | Saulo Setali, etc. v. Betty Petersen, etc. 2/6/75 | D. Utah | C-75-41 | 2/24/75 | CV-75-817 | 8/16/78 | |
| D-12 | Aimasi Leleua, etc. v. Betty Petersen, etc. 2/6/75 | D. Utah | C-75-43 | | CV-75-821 | 8/16/78 | |
| D-13 | Falaniko Savelio Liu Kui, etc. v. Betty Petersen, etc. 2/6/75 | D. Utah | C-75-44 | | CV-75-822 | 8/16/78 | |
| D-14 | Barbara Smith, etc.v. Betty Petersen, etc. 2/6/75 | D. Utah | C-75-47 | | CV-75-823 | 8/16/78 | |
| D-15 | Masoe Joseph N. Fidow, et al. v. Betty Petersen, etc. 2/6/75 | D. Utah | C-75-48 | | CV-75-824 | 8-17-78 | |
| D-16 | Alan Charles Hill, et al. v. Jack Green, etc. 2/6/75 | W.D.Wash | C75-36S | | CV-75-812 | 8-17/78 | |
| D-17 | Thomas E. Riley, et al. v. The Boeing Co. 2/6/75 | S.D.Cal | 75-0053 E | | CV-75-813 | 9/30/80 | |
| D-18 | The Travelers Insurance Co. v. The Boeing Co. 2/6/75 | N.D.Cal | C75-0087-PMH | | CV-75-799 | 9/1/80 D | |
| D-19 | Floyd A. Demanes, etc. (Dunsby, Grant, Munro, Atkinson) v. Pan American World Airways, Inc., et al. 2/6/75 | N.D. Cal | C-75-0128-PMH | | CV-75-800 | 3/27/79 | |
| D-20 | Charles Alan Hill, etc. v. William A. Hawley, etc. 2/6/75 | N.D.Cal | C-75-0153-PMH | | CV-75-801 | 8/17/78 | |
| D-21 | Robert O. Blaesi, etc. v. Betty B. Petersen, etc. 2/6/75 | D. Utah | 75-34 | | CV-75-820 | 9/30/80 | |
| D-22 | Floyd A. Demanes, etc. (Ann Dunsby) v. Betty Petersen, etc. 2/6/75 | D. Utah | 75-35 | | CV-75-819 | 8/16/78 | |
| D-23 | Charles E. Cosby, Jr., etc. v. Pan American Airways 2/21/75 | S.D.Fla Roettger | 74-326-Civ-NCR | 3-7/75 | CV-75-1241-RH | 9/30/80 | |

DOCKET NO. 176 (CONTINUED)                    PAGE 9

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| D-24 | Floyd A. Demanes, Admin. for all Demanes decedents v. Mansfield Aircraft Products Co. | N.D.Cal | C75-199-PMH | | | — 8-17-78 | |
| D-25 | Charles H. Culberson , etc, v, Marlene Bregman, etc. 9/2/75 | N.D. Cal | C75-0115-PMH | 3/7/75 | CV75-1240 | 9/30/80 | |
| D-26 | L.J. Compton, etc. v. Pan American World Airways, et al. CTO 3/26/75 | N.D.Ill Marshall | 74C3535 | 4/11/75 | CV75-1303 | 9/30/80 | |
| D-27 | Sandra D. Roth, etc. v. Pan American World Airway, et al. CTO 3/26/75 | N.D.Ill Marovitz | 75C546 | 4/11/75 | CV75-1304 | 9/30/80 | |
| D-28 | Sandra D. Roth, etc. v. Pan American World Airways, et al. CTO 3/26/75 | N.D. Ill Marovitz | 75C547 | 4/11/75 | CV75-1305 | | |
| D-29 | Joe Barclay Orton, et al. v. Betty Petersen,etc. 4/17/75 | D. Utah | C75-42 | 5/2/78 | CV75-1596 | 8/10/78 | |
| D-30 | Floyd A. Demanes, etc, v, Wm. A. Hawley, et al. 6/10/75 | N.D. Ca. Conti | 75-769 | 6/26/75 | CV75-2432 | 8/10/78 9/30/80 | or appeal |
| D-31 | Floyd A. Demanes, etc, v, U,S.A. 6/10/75 | N.D.Ca Conti | 75-0821 | 6/26/75 | CV75-2433 | 9/11/80 | |
| D-32 | Travelers Insurance Co. v. The Boeing Co. 6/10/75 | D. Hawaii | 75-0117 | 6/26/75 | CV75-2431 | | |
| D-33 | James J. Unise, etc. v. Pan American World Airways, Inc. | D. Minn | 4-74-414 | | CV75-2430 | 9/30/80 | SCO 6/23/75 |
| D-34 | Raymond R. Olson, etc. v. The Boeing Co., et al. 6/23/75 | N.D.Ill Lynch | 75C753 | 7/8/75 | | | ✓ |
| D-35 | Floyd A. Demanes v. Myrlyn Gaines et al Etc. 7/7/75 | N.D.Cal Hall | C75-1087- PMH | 7/22/75 | CV75-2529 | 8/10/78 | OK |
| D-36 | Floyd A. Demanes v.Myrlyn Gaines et al Etc. 7/7/75 | N.D.Cal | C75-1088-PMH | 7/22/75 | CV75-2530 | 8/10/78 | |

DOCKET NO. ___176___ (CONTINUED)                                          PAGE ___10___

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| D-37 | Dick A. Smith v. United States of America 7/21/75 | D. Ariz. WPC | 75-0378 | 7/22/75 | 75-2531 | dismissed | |
| D-38 | Sandra D. Roth, etc. v. United States of America 8/19/75 | N.D.Ohio Thomas | C75-507 | 9/4/75 | CV75-3146 | dismissed | |
| D-39 | Charles H. Culberson v. U.S.A. 8/4/75 | N.D.Fla Stafford | TCA 75-135 | 9 22 75 | CV 75-3465 | 9/30/80 | |
| D-40 | Floyd A. Demanes, etc. v. J. Markham Marshall, etc. 9 20 75 | W.D.Wash HALL | C75-671 | 10/1/75 | CV75-3466 | 8 7 79 | |
| D-41 | Roy Y. Kawamoto, etc. v. The Boeing Co. 10/2/75 | D. Hawaii | 75-325 | 10/20/75 | CV75-3621 | 9/11/80D | |
| D-42 | Katsuro Miho, etc. v. The Boeing Co. 10/5/75 | D. Hawaii | 75-326 | 10/20/75 | CV75-3622 | 9/30/80 | |
| D-43 | Roger Cann, Heather Cann, et al. v. United States of American 10 9 75 | D. Hawaii | 75-0217 | 10/24/75 | CV-75-3623 | 9/30/80 | |
| D-44 | Katsuro Miho, Admin. v. United States of America 11/26/75 | D. Hawaii | 75-0358 | 12/1/75 | CV75-4198 PH | 9/30/80 | |
| FD -45 | Robert O. Blaesi, etc. v. United States of America 1/27/76 | D.C. Smith | 75-2127-Smith | 2-9-76 | CV76-533 PH | 9/30/80 | |
| D-46 | Robert O. Blaesi, etc. v. United States of America 1/27/76 | D. Hawaii | 75-418 | 2-9-76 | CV76-533 PH | 9/30/80 | |
| D-47 | Roy Y. Kawamoto, etc. v. United States of America 1/27/76 | D. Hawaii | 75-426 | 2-9-76 | CV76-534 PH | 9/30/80 | |
| D-48 | David L. Phillips, etc. v. United States of America 2/5/76 | D. MASS | 75-2344-G | 2/23/76 | CV88-673-PH | 9/30/80 | |
| D-49 | Gaynell Reyno, etc. v. J. Markham Marshall, etc. 3/25/76 | W.D.Wash Hall | C76-207H | 4/9/76 | CV76-1205-PH | 8-17-78 | |
| D-50 | Gaynell Reyno, etc. v. Betty B. Petersen, etc. 5-10-76 | D.Utah | C76-92 | 5/24/76 | CV76-1726-PH | 8-18 12/76 | |

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| D-51 | Katsuro Miho, etc. v. Pan American World Airways, Inc. ▆▆▆▆ | D. Hawaii King | 76-0020 | 1/12/77 | 77-434-WMB Remand | 7/18/79 | SCO 6/8/76 |
| D-52 | Roy Y. Kawamoto, etc. v. Pan American World Airways, Inc. | D. Hawaii King | 76-0021 | 6/14/76 | 76-2156 | PH 7/23/76 | |
| D-53 | Sylvia Compton, etc. 6/8/76 United States of America  7/30/76 | E.D. OK Morris | 76-160-C | 8/16/76 | CV76-2826 | PH 9/30/80 | |
| XYZ-16 | Pamela Karle, etc. v. Pan American World Airways, Inc. | C.D.Cal. | 75-166-PH | | | | |
| XYZ-17 | David L. Phillips, etc. v. The Boeing Co. | C.D.Cal. | 75-167-PH | | | 9/11/83 | Transferred dismissed |
| XYZ-18 | Pamela Karle, etc. v. Pan American World Airways, Inc., et al. | C.D.Cal. | 75-168-PH | | | 5/14/79 | July 1976 |
| XYZ-19 | Joe Barclay Orton, etc. v. James Eldon Parker, et al. | C.D.Cal. | 75-183-PH | | | 9/30/80 | |
| XYZ-20 | Charles H. Culberson v. Pan American World Airways, Inc. | C.D.Cal. | 75-269-PH | | | 9/30/80 | 50   XX2 |
| XYZ-21 | Robert O. Blaesi, etc. v. Pan American World Airways, Inc. | C.D.Cal. | 75-279-PH | | | 9/30/80 | 130 (5) dis |
| XYZ-22 | Masoe Joseph N. Fidow, et al. v. The Boeing Co., et al. | C.D.Cal. | 75-285-PH | | | 8-17-78 | |
| XYZ-23 | Barbara Smith, etc. v. The Boeing Co., et al. | C.D.Cal. | 75-286-PH | | | | 125 |
| XYZ-24 | Aimasi Leleua, etc. v. Pan American World Airways, Inc., et al. | C.D.Cal. | 75-287-PH | | | 1/27/78 | |
| XYZ-25 | Liu Kui, et al. v. Pan American World Airways, Inc., et al. | C.D.Cal. | 75-288-PH | | | 4/5/79 | |
| XYZ-26 | Sandra J. Miles, etc. v. The United States of America, et al. | C.D.Cal. | 75-1534-PH | | | | |
| XYZ-27 | Pamela Karle, etc. v. United States of America, et al. | C.D.Cal. | 75-1539-PH | | | 9/30/80 | |
| XYZ-28 | The Travelers Ins. Co. v. The United States of America | C.D.Cal. | 75-1694-PH | | | 9/30/80 | |
| XYZ-29 | The Travelers Ins. Co. v. The Boeing Co. | C.D.Cal. | 75-3431-PH | | | | (10) |
| XYZ-30 | Pamela Karle, etc. v. Pan American World Airways, Inc., et al. | C.D.Cal. | 74-3750 | | | | |

DOCKET NO. <u>176</u>   (CONTINUED)                PAGE <u>12</u>

| Intra-Office ID Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| D-54 | Gaynell Reyno, etc. v. Myrlyn Gaines, etc. 9/10/76 | N.D.Ca. | C76-1428 CBR | 9/27/76 | CV76-3103-PH | 8-17-78 | |
| D-55 | Gaynell Reyno, etc. v. William A. Hawley, etc. 9/10/76 | N.D.CA | C76-1439-GBH | 9/27/76 | CV76-3104-PH | 8-17-78 | |
| D-56 | Valelia Ainu'u v. The United States of America 3/22/77 | D. Hawaii | 77-0070 | 4/7/77 | CV77-1459-WMB | 9/30/80 | |
| D-57 | Barbara Smith, etc. v. The United States of America 3/22/77 | D. Hawaii | 77-0071 | 4/7/77 | CV77-1460-WMB | 9/30/80 | |
| D-58 | Fialaniko Savelio Liu Kui, etc. v. the United States of America 3/22/77 | D. Hawaii | 77-0072 | 4/7/77 | CV77-1461-WMB | 9/30/80 | |
| D-59 | Joe Barclay Orton, etc. et al. v. The United States of America 3/22/77 | D. Hawaii | 77-0073 | 4/7/77 | CV77-1462-WMB | 9/30/80 | |
| D-60 | Saulo Setali , etc. v. The United States of America 3/22/77 | D. Hawaii | 77-0074 | 4/7/77 | CV77-1463-WMB | 9/30/80 | |
| D-61 | Chong Wong and Taua Chong Wong v. The United States of America 4/12/77 | D. Hawaii | 77-0088 | 4/28/77 | CV-77-1778-WMB | 9/30/80 | |
| XYZ-31 | Pamela Karke, etc. v. PanAm., et al | C.D.Cal | CV78-3311-MML | | | 1/22/79 | Remanded to state court |
| XYZ-32 | Floyd A. Demanes, etc. v. Pan American Airways, Inc., et al. | C.D.Cal | CV78-4272- | | | 3/9/79 | |

**ATTORNEY LIST  --  JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

## DESCRIPTION OF LITIGATION

MDL DOCKET NO. 176 -- IN RE AIR CRASH DISASTER AT PAGO PAGO, AMERICAN SAMOA,
ON JANUARY 30, 1974

| No. | Plaintiff | Defendant |
|-----|-----------|-----------|
| | LIAISON COUNSEL FOR PLAINTIFFS<br>Floyd A. Demanes, Esquire<br>Demanes & Bailey<br>1800 Trousdale Drive<br>Burlingame, CA  94010 | PAN AMERICAN WORLD AIRWAYS, INC.<br>William G. Tucker, Esquire<br>316 West Second Street, 9th Fl.<br>Los Angeles, Calif.  90012<br><br>THE BOEING COMPANY<br>B. Boyd Hight, Jr., Esq.<br>O'Melveny & Myers<br>611 West Sixth Street<br>Los Angeles, Calif.  90017<br><br>UNITED STATES OF AMERICA<br>Mark A. Dombroff, Esquire<br>Tort Sec., Civil Div.<br>Aviation Unit<br>Department of Justice<br>Washington, D. C.  20530<br>  DELIVER IMMEDIATELY<br>  DO NOT OPEN IN MAILROOM<br><br>BETTY PETERSEN<br>Ray R. Christensen, Esquire<br>900 Kearns Bldg.<br>Salt Lake City, Utah  84111<br><br>DEPARTMENT OF TRANSPORTATION<br>Thomas E. Tager, Esquire<br>Department of Transportation<br>Federal Aviation Adminis.<br>Litigation Division AGC-41<br>Washington, D. C.  20591 |

| No. | Plaintiff | Defendant |
|-----|-----------|-----------|

**D-45**  Linda Singer, Esq.
Goldfarb & Singer
1616 N Street N.W.
Washington, D.C.  20006

Milton G. Sincoff, Esquire
Kreindler & Kreindler
99 Park Avenue
New York, New York 10016

**D-46**  Hyman M. Greenstein, Esquire
1441 Kapiolani Boulevard
Honolulu, Hawaii  96814

Milton G. Sincoff, Esq.
Kreindler & Kreindler

**D-47**  Paul F. Cronin, Esquire
1900 Davies Pacific Center
841 Bishop Street
Honolulu, Hawaii

**D-48**  Richard A. Howard, Esquire
Brickley, Sears & Cole
75 Federal Street
Boston, Mass.  02110

Daniel C. Cathcart, Esquire
Magana & Cathcart
1801 Avenue of the Stars
Suite 810
Los Angeles, Calif.  90067

**D-49**  Daniel C. Cathcart, Esq.
Same as. D-48

and

Krutch, Lindell, Donnelly
Dempcy, Lageschulte & Judkins
1500 IBM Building
Seattle, Washington  98101

**D-50**  Daniel C. Cathcart, Esq.
Magana & Cathcart
1801 Avenue of the Stars
Suite 810
Los Angeles, Calif.  90067

---

**D-51**  KATSURO MIHO, ETC.
**D-52**  ROY Y. KAWAMOTO, ETC
Paul F. Cronin, Esquire
Evelyn B. Lance, Esquire
Cronin, Fried, Sekiya,
 Haley & Kekina
1900 Davies Pacific Center
841 Bishop Street
Honolulu, Hawaii

SYLVIA COMPTON-  (D-53)
Daniel C. Cathcart, Esq.
Magana & Cathcart
Suite 810
Century City
1801 Ave of the Stars
Los Angeles, Calif.  90017

GAYNELL REYNO (D-54 & D-55)
WXXXXXMXEXX
Magana & Cathcart
Suite 810
1801 Ave. of the Stars
Los Angeles, Calif. 90017

VALELIA AINU'U (D-56)
BARBARA SMITH, ETC. (D-57)
FRALANIKO SAVELIO LIU KUI, ETC. (D-58)
JOE BARCLAY ORTON, ETC. ET AL. (D-59)
SAUL SETALIO, ETC. (D-60)
CHONG WONG, ET AL. (D-61)
James M. Jefferson, Esquire
Butler, Jefferson, Fry & Dan
Honolulu, Hawaii  96813

Butler, Jefferson, Fry & Dan
626 Wilshire Boulevard
Suite 914
Los Angeles, Calif.  90017

CHONG WONG, ET AL. (D-61)
Myer C. Symonds, Esq.
63 Merchant Street
Honolulu, Hawaii 96813

p. _1_

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. _176_ -- IN RE AIR CRASH DISASTER AT PAGO, PAGO, AMERICAN SAMOA
ON JAN. 30, 1974

COMMON PARTY CHECKLIST

| NAME OF PARTY | NAMED AS PARTY IN FOLLOWING ACTIONS |
|---|---|
| PAN AMERICAN WORLD AIRWAYS, INC. | A-8; A-10; A-11; A-12; A-13; A-7; A-15; A-16; A-17; A-18; A-19; A-24, D-1; D-2; D-3; D-19 D-33 D-26 D-27 D-8 D-51 D-52 |
| THE BOEING CO. | A-8; A9; A-10; A-11; A-12 A-13; A-14; A-15; A-16 A-17; A-18; A-19; A-24, D-1; D-2 D-11; D-18 D-19 D-26 D-27 D-28 D-32 D-41 D-42 |
| BETTY PETERSEN (Betty Petersen) | A-6; A-7; A-11 C-11 C-12 C-13 C-14 C-15 C-16 A-17 C-19 C-20 C-21 C-22 C-23 C-24 C-25 C-26 D-7; D-8; D-10; D-11; D-12 D-13 D-14; D-15 D-21; D-22 D-29 D-50 |
| (James Sheridan) Phillips | C-8 C-9 D-20 |
| WM. A HAWLEY | |
| (Ginny Wara Grum) | C-10 D-16; |
| JACK GREEN | |
| Jeppesen & Co | D-4 D-19 |
| Consolidated Chemicals Ltd | D-5 D-19 |
| Meadows Air Freight | D-5 D-19 |
| Richard Victor Gains def B-1 | D-6 |
| U.S.A. | D-9 D-43 D-44 D-45, D-46, D-47 D-53 D-56, 57, 58, 59, 60, D-61 |

P. _____

| | |
|---|---|
| Mansfield Aircraft Products Co. | D-24 |
| Universal Oil Products, Aerospace Div. | D-24 |
| Walter Kidde & Co. | D-24 |
| Health Techna Corp | D-24 |
| | |
| | |
| | |
| | |
| | |
| | |
| | |